Certificate Number: 15317-GAN-DE-037371469

Bankruptcy Case Number: 23-10204



15317-GAN-DE-037371469

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 24, 2023</u>, at <u>9:52</u> o'clock <u>AM PDT</u>, <u>Jesse W Cochran</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Georgia</u>.

Date:   April 24, 2023                          By:    /s/Gil Luna

                                                Name:  Gil Luna

                                                Title: Credit Counselor